No. 57, Misc. Ex parte Fletcher. December 9, 1946. The Chief Justice and Mr. Justice Rutledge took no part in the consideration or decision of this application.

No. 880, October Term, 1945. Alker et al. v. Federal Deposit Insurance Corp. December 9, 1946. The motion for leave to file a fifth petition for rehearing is denied. The Chief Justice and Mr. Justice Jackson took no part in the consideration or decision of this application.

No. 176. Shotkin v. Judges, Superior Court, Atlanta Circuit. December 9, 1946. The motion for leave to file a second petition for rehearing is denied.

No. 299. Palumbo v. Jackson, Warden. December 9, 1946.

No. 642. Texas Pacific Coal & Oil Co. v. Calcote et al. December 9, 1946.

No. 659. Donnell v. Stewart, Acting Warden. December 9, 1946.

No. 58, Misc. Shotkin v. Pennsylvania Company. December 16, 1946.

No. 12. Cleveland v. United States;
No. 13. Cleveland v. United States;

No. 14.   CLEVELAND v. UNITED STATES;
No. 15.   DARGER v. UNITED STATES;
No. 16.   JESSOP v. UNITED STATES;
No. 17.   DOCKSTADER v. UNITED STATES;
No. 18.   STUBBS v. UNITED STATES; and
No. 19.   PETTY v. UNITED STATES.   December 16, 1946.

No. 21.   CHAMPLIN REFINING Co. v. UNITED STATES ET AL.   December 16, 1946.

No. 534.   SMITH v. UNITED STATES.   December 16, 1946.

No. 536.   KOZA ET AL. v. DREXLER ET AL.   December 16, 1946.

No. 566.   JONES v. TEXAS.   December 16, 1946.

Nos. 590 and 591.   F. A. GILLESPIE & SONS Co. v. COMMISSIONER OF INTERNAL REVENUE.   December 16, 1946.

No. 476.   ILLINOIS PACKING Co. v. HENDERSON, ACTING ADMINISTRATOR, ET AL.   December 16, 1946.   THE CHIEF JUSTICE took no part in the consideration or decision of this application.

No. 342.   DINGMAN v. UNITED STATES.   December 23, 1946.